IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bookstein, Matthew J | Case Number: 07 B 16930 |
|---|---|---|
|  | Bookstein, Michelle L | Judge: Squires, John H |
|  | Printed: 8/26/08 | Filed: 9/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 16, 2008
Confirmed: December 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,500.00 |  |
| Secured: |  | 2,091.89 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.42 |
| Trustee Fee: |  | 207.69 |
| Other Funds: |  | 0.00 |
| Totals: | 3,500.00 | 3,500.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Associates | Administrative | 3,174.00 | 1,200.42 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 200.00 | 83.35 |
| 5. | Wells Fargo Financial Illinois Inc | Secured | 11,392.26 | 2,008.54 |
| 6. | HomEq Servicing Corp | Secured | 7,921.55 | 0.00 |
| 7. | HomEq Servicing Corp | Secured | 2,282.48 | 0.00 |
| 8. | Target National Bank | Unsecured | 152.68 | 0.00 |
| 9. | Capital One | Unsecured | 425.43 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,720.51 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 416.26 | 0.00 |
| 12. | NCO Financial Systems | Unsecured | 142.57 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 756.77 | 0.00 |
| 14. | Capital One | Unsecured | 498.33 | 0.00 |
| 15. | Capital One | Unsecured | 226.53 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 110.02 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 229.41 | 0.00 |
| 18. | Wells Fargo Financial Illinois Inc | Unsecured | 898.19 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 317.59 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 7,361.35 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 4,664.51 | 0.00 |
| 22. | Dell Financial Services, Inc | Unsecured | 51.61 | 0.00 |
| 23. | Chicago Central | Unsecured | 219.52 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 351.80 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 1,230.81 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bookstein, Matthew J  
Bookstein, Michelle L  
Printed: 8/26/08

Case Number: 07 B 16930  
Judge: Squires, John H  
Filed: 9/17/07

| | | | | |
|---|---|---|---:|---:|
| 26. | ECast Settlement Corp | Unsecured | 367.91 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 271.92 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 460.54 | 0.00 |
| 29. | Colonial Financial Center | Unsecured | 1,692.50 | 0.00 |
| 30. | Bank Of Mauston | Secured | | No Claim Filed |
| 31. | Wisconsin Dells Vac | Secured | | No Claim Filed |
| 32. | Schottler & Associates | Priority | | No Claim Filed |
| 33. | Capital One | Unsecured | | No Claim Filed |
| 34. | MRSI | Unsecured | | No Claim Filed |
| 35. | Bg Pirates Lodge Owner's Association | Unsecured | | No Claim Filed |

$ 47,537.05        $ 3,292.31

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 97.19 |
| 6.5% | 110.50 |

$ 207.69

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

